## MAY *v.* THE STATE.

COBB, J.   The request to charge, so far as legal and pertinent, **was fully** covered by the general charge.   Inasmuch as the accused was convicted of voluntary manslaughter, the charge on the subject of malice was **harmless,** even if erroneous.   The evidence warranted the verdict.

*Judgment affirmed.   All the Justices concur.*

Submitted April 21, — Decided May 10, 1904.

Conviction of manslaughter.   Before Judge Littlejohn.   Sumter superior court.   January, 1904.

*J. R. Williams,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.